```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                        :
MILDRED MCKNIGHT,                                       :
                                                        :
                            Plaintiff,                  :
                                                        :         24 Civ. 7583 (JPC)
           -v-                                          :
                                                        :              ORDER
RIVERSIDE MEDICAL CLINIC, INC.,                         :
                                                        :
                            Defendant.                  :
                                                        :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 17, 2024, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 7. Defendant's deadline to respond to the Complaint was therefore November 7, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until January 17, 2025. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by January 24, 2025.

SO ORDERED.

Dated: January 10, 2025
       New York, New York
                                                    _____
                                                              JOHN P. CRONAN
                                                         United States District Judge