```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
MILDRED MCKNIGHT,                                   :
                                                    :
                            Plaintiff,              :
                                                    :          24 Civ. 7583 (JPC)
            -v-                                     :
                                                    :                ORDER
RIVERSIDE MEDICAL CLINIC, INC.,                     :
                                                    :
                                                    :
                            Defendant.              :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

By Order dated January 28, 2025, the Court set a briefing schedule and date for a default judgment hearing given Defendant's failure to respond to the Complaint by its deadline to do so. Dkt. 15.  That Order required Plaintiff to move for default judgment by February 12, 2025, set a deadline of February 28, 2025 for Defendant to file any opposition, and set a default judgment hearing for March 28, 2025.  *Id.*  On February 12, 2025, Defendant filed an Answer in this case and Plaintiff did not file any motion for default judgment.  Dkt. 18.  Given this development, Plaintiff is directed to file a letter by February 17, 2025, advising the Court as to her views on whether the Clerk's Certificate of Default should be vacated and default judgment proceedings be adjourned *sine die*.  Counsel for Defendant is also required to file a letter by February 17, 2025, advising the Court as to why Defendant failed to file a response to the Complaint by its deadline to do so.

SO ORDERED.

Dated: February 13, 2025
       New York, New York                           _____
                                                    JOHN P. CRONAN
                                                    United States District Judge