UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

MILDRED MCKNIGHT,                                       :
                                                        :
                            Plaintiff,                  :
                                                        :
               -v-                                      :            24 Civ. 7583 (JPC)
                                                        :
RIVERSIDE MEDICAL CLINIC, INC.,                         :            ORDER
                                                        :
                            Defendant.                  :
                                                        :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On February 13, 2025, the Court ordered the parties to file letters regarding the potential

vacatur of default judgment proceedings in this matter and the cause for Defendant's belatedly filed

Answer.  Dkt. 19.  While Plaintiff responded, Defendant did not make the necessary submission by

the February 17, 2025 deadline, even accounting for an extra day's grace period due to the

President's Day holiday.  On February 19, 2025, the Court ordered counsel for Defendant to (1) file

the required submission and (2) file a letter showing cause why sanctions should not be imposed in

light of counsel's noncompliance with the Court's February 13, 2025 Order.  Dkt. 21.  Counsel's

deadline to do so was February 26, 2025.  *Id.*  That deadline has passed and counsel for Defendant

did not make either of the required submissions.

Counsel for both parties are ordered to appear before the undersigned on March 7, 2025, at

10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl

Street, New York, NY 10007, at which Defendant's counsel shall show cause for why sanctions

should not be imposed given his repeated non-compliance with Orders of this Court.  Failure to

appear before the Court at this time will constitute an additional basis for the imposition of civil

contempt sanctions.  Plaintiff's counsel is ordered to serve copies of this Order, the Court's

February 13, 2025 Order, and the Court's February 19, 2025 Order on Defendant via first-class

mail, with a return receipt requested, and via email no later than the close of business today, February 27, 2025. Plaintiff's counsel shall file proof of service on the docket within two days of such service, including attaching proof that Defendant's counsel was served the required documents via email on February 27, 2025.

By February 28, 2025, Plaintiff's counsel shall file with the Court a letter indicating (1) his regular hourly billing rate, (2) the number of hours spent, to the closest tenth of an hour, obtaining the Clerk's Certificate of Default, (3) the costs of serving the documentation required by the Court's January 15, 2025 Order on Defendant, (4) the number of hours spent, to the closest tenth of an hour, drafting and filing Plaintiff's February 18, 2025 letter, (5) the costs of complying with this Order's service requirements, and (6) the number of hours spent, to the closest tenth of an hour, drafting and filing the instantly required letter. Plaintiff's counsel must attach supporting documentation, including billing records and records of cost of service, to this submission.

SO ORDERED.

Dated: February 27, 2025
New York, New York

JOHN P. CRONAN
United States District Judge