UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MILDRED MCKNIGHT, :
:
Plaintiff, :
:
-v- :  24 Civ. 7583 (JPC)
:
RIVERSIDE MEDICAL CLINIC, INC., :  ORDER
:
Defendant. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The parties are directed that discovery requests in this matter should not be filed on the public docket.

SO ORDERED.

Dated: March 24, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge