UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                             :

MILDRED MCKNIGHT,                  :
                             :

              Plaintiff,      :

                             :        24 Civ. 7583 (JPC)

       -v-                 :

                             :        <u>ORDER</u>

RIVERSIDE MEDICAL CLINIC, INC.,  :
                             :

              Defendant.    :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On March 7, 2025, the Court ordered the parties to submit a joint letter by August 22, 2025, advising the Court as to whether any party plans to file a post-discovery motion, the anticipated grounds for any such motion, and the opposing party's anticipated grounds for opposing the motion, as well as whether the parties request a referral to the assigned Magistrate Judge for a settlement conference or to the Court-annexed mediation program. Dkt. 31 ¶ 18. The parties failed to submit this letter to the Court. Within one week of the filing of this Order, it is hereby ordered that the parties must file on ECF the joint letter described in Dkt. 31.

SO ORDERED.

Dated: August 25, 2025
      New York, New York

                                    JOHN P. CRONAN
                           United States District Judge